IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES E. BACHMAN, ADELLA A. BACHMAN, ERIC J. BACHMAN, RACHEL A. BACHMAN, MATTHEW R. BACHMAN, and C. ANDREW BACHMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN Q. BACHMAN, and LEAF SUPREME PRODUCTS, LLC, A Nebraska Limited Liability Co.;<br><br>Defendants. | **8:19CV276**<br><br>**ORDER** |

After conferring with counsel, and for the reasons stated on the record, (Filing No. 43, audio file),

IT IS ORDERED:

1) Plaintiffs' motion to strike Defendants' answer, (Filing No. 37), is denied.

2) Plaintiffs' objection to permitting the defendants to perform any discovery before responding to the pending motion for summary judgment, (Filing No. 41), is overruled.

3) Defendants' deadline for responding to the plaintiffs' motion for summary judgment, (Filing No. 27), is stayed pending further order of the court.

4) The parties shall review the Nebraska magistrate judges' practices

posted at the court's [Civil Case Management](#) website page.[1]

5) Counsel for the parties shall confer and, on or before October 7, 2019, they shall either file or email to my chambers ([zwart@ned.uscourts.gov](mailto:zwart@ned.uscourts.gov)) their joint or separate Rule 26(f) Reports, a copy of which can be found at [http://www.ned.uscourts.gov/forms](http://www.ned.uscourts.gov/forms).[2]

6) A telephonic conference with the undersigned magistrate judge will be held on October 10, 2019 at 10:00 a.m. to discuss the case progression schedule. Counsel shall use the conferencing instructions assigned to this case to participate in the call.

September 19, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

---

[1]([https://www.ned.uscourts.gov/attorney/judges-information/civil-case-management](https://www.ned.uscourts.gov/attorney/judges-information/civil-case-management)).

[2] See [https://www.ned.uscourts.gov/forms](https://www.ned.uscourts.gov/forms). The parties are hereby notified or reminded that the Rule 26(f) Report for civil cases pending in the District of Nebraska has been substantially modified, with an effective date of January 1, 2019.