IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES E. BACHMAN, ADELLA A. BACHMAN, ERIC J. BACHMAN, RACHEL A. BACHMAN, MATTHEW R. BACHMAN, and C. ANDREW BACHMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN Q. BACHMAN, and LEAF SUPREME PRODUCTS, LLC, A Nebraska Limited Liability Co.;<br><br>Defendants. | 8:19CV276<br><br>ORDER |

Defendants have filed a motion to compel, (Filing No. 62), and Plaintiffs have filed an objection to that motion. (Filing No. 65). Upon review, it appears the parties could resolve this matter through good faith discussions regarding the language of a release to be signed by James Bachman and forwarded to the Department of Labor. Such discussions are required by this court and must be completed before the court will resolve the issue by judicial order. Accordingly,

IT IS ORDERED:

1) On or before November 21, 2019, counsel shall confer in good faith either in person or by telephone to resolve the issue(s) raised by Defendants' motion to compel.

2) If the matter cannot be resolved by good faith discussions, on or before December 2, 2019, Defendants shall file a reply to their motion to compel which sets for the parties' respective positions on the language of the DOL release letter. If no reply is timely filed, the issues in the motion to compel will be deemed resolved and the motion will be denied as moot.

3) Failure to confer in good faith to resolve the motion to compel without court intervention may result in the imposition of sanctions against the non-complying counsel.

November 14, 2019.                    BY THE COURT:
                                      *s/ Cheryl R. Zwart*
                                      United States Magistrate Judge