IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JAMES E. BACHMAN, ADELLA A. BACHMAN, ERIC J. BACHMAN, RACHEL A. BACHMAN, MATTHEW R. BACHMAN, and C. ANDREW BACHMAN, | 8:19CV276 |
|---|---|
| Plaintiffs, | ORDER |
| vs. | |
| JOHN Q. BACHMAN, and LEAF SUPREME PRODUCTS, LLC, A Nebraska Limited Liability Co.; | |
| Defendants. | |

A reply brief was not filed on the pending motion to compel. Accordingly, pursuant to the court's prior order, (Filing No. 66),

IT IS ORDERED that Defendants' motion to compel (Filing No. 62), is denied as moot, and Plaintiffs' objection to that motion, (Filing No. 65), is overruled as moot.

December 4, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge