IN THE FEDERAL DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **James E. Bachman, Adella A. Bachman,** | ) | |
| **Eric J. Bachman, C. Andrew Bachman,** | ) | |
| **Rachel A. Bachman and Matthew R. Bachman** | ) | |
| **Plaintiffs** | ) | 8:19CV-00276 |
| | ) | |
| **John Q. Bachman and Leaf Supreme Products** | ) | |
| **LLC (A Nebraska Limited Liability Co.)** | ) | |
| **Defendants** | ) | |

**Notice of Serving Interrogatory Answers and Production of Documents**

COMES NOW, the Plaintiffs, James E. Bachman, pro se and Adella A., Eric J., Rachel A. and Matthew R. Bachman and hereby give notice that on December 30th, 2019 , James E., Adella A., Eric J., Rachel A. and Matthew R. Bachman filed answers to the Defendants First Set of Interrogatories and First Production of Documents Request.

Dated this 30th day of December, 2019

/S/ James E. Bachman

James E. Bachman, jebachman@msn.com
P.O. Box 45589
Omaha, NE 68145
402-979-4591

James E. Bachman, Pro Se, Attorney of Record for
Adella A. Bachman, Eric J. Bachman, C. Andrew
Bachman, Rachel A. Bachman, and Matthew R. Bachman

## Certificate of Service

Comes Now, the undersigned counsel and states that on December 30th, 2019, a copy of the above referenced pleading was sent via e-mail to:

>Raymond R. Aranza
>
>Walentine O'Toole, LLP
>
>11240 Davenport Street
>
>Omaha, NE 68154
>
>E-Mail: raranza@womglaw.com

James E. Bachman