IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES E. BACHMAN, ADELLA A. BACHMAN, ERIC J. BACHMAN, RACHEL A. BACHMAN, MATTHEW R. BACHMAN, and C. ANDREW BACHMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN Q. BACHMAN, and LEAF SUPREME PRODUCTS, LLC, A Nebraska Limited Liability Co.;<br><br>Defendants. | 8:19CV276<br><br>**ORDER** |

Plaintiffs have not responded to Defendants' motion to extend the progression schedule, (Filing No. 169), and the deadline for doing so has passed (see Text Order, Filing No. 170). The motion is deemed unopposed.

Accordingly,

IT IS ORDERED that the motion to extend, (Filing No. 169) is granted as follows:

1) Defendants' deadline for obtaining documents responsive to previously served documents requests by subpoena is extended to July 6, 2021. All such subpoenas shall be served on or before April 28, 2021. All other expired deadlines, including the deadline for serving written discovery (other than Rule 45 subpoenas for document production), remain unchanged.

2) The deadline for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is August 25, 2021.

3) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is September 24, 2021.

4) The deadline for filing motions to dismiss and motions for summary judgment is October 25, 2021.

5) The deadline for filing motions to exclude testimony on Daubert and related grounds is October 25, 2021.

6) A telephonic conference to set the trial and pretrial conference dates will be held with the undersigned magistrate judge on August 31, 2021 at 10:00 a.m. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

Dated this 7th day of April, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge