IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES E. BACHMAN, ADELLA A. BACHMAN, ERIC J. BACHMAN, RACHEL A. BACHMAN, MATTHEW R. BACHMAN, and C. ANDREW BACHMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN Q. BACHMAN, and LEAF SUPREME PRODUCTS, LLC, A Nebraska Limited Liability Co.;<br><br>Defendants. | 8:19CV276<br><br>ORDER |

Plaintiffs have filed a motion to extend the "discovery deadline" to September 1, 2021. (Filing No. 182). In support of their motion, Plaintiffs indicate that they need additional time to complete a certain Fed. R. Civ. P. 30(b)(6) deposition. (Filing No. 182) ("As grounds for this motion, the undersigned counsel states that it is necessary to take a FRCP 30(b)(6) deposition of Security National Bank[.]").

Upon review of the record, the current deposition deadline is September 24, 2021. Therefore, this request to schedule an additional deposition on or before September 1, 2021 is moot. Plaintiff may properly notice and schedule a deposition on or before September 24, 2021.

If Plaintiff is seeking extension of the written discovery deadline, that request is denied for failure to show good cause for extending that deadline. Written

discovery has closed and there has been no showing that would support this late-proffered request for extension. See Fed. R. Civ. P. 16(b)(4).

Put concisely, all deadlines outlined in the currently operative scheduling order (Filing No. 173) remain in effect.

Accordingly, IT IS ORDERED that Plaintiffs' motion to extend (Filing No. 182) is denied.

Dated this 10th day of June, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge