IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES E. BACHMAN, ADELLA A. BACHMAN, ERIC J. BACHMAN, RACHEL A. BACHMAN, MATTHEW R. BACHMAN, and C. ANDREW BACHMAN,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>JOHN Q. BACHMAN, and LEAF SUPREME PRODUCTS, LLC, A Nebraska Limited Liability Co.;<br><br>                    Defendants. | **8:19CV276**<br><br><br>**ORDER** |

Pending before me is Plaintiffs' motion to compel Defendants' responses to Plaintiffs' Second Set of Production of Documents. (Filing No. 201). Once again, Plaintiffs have failed to comply with the court's local rules.[1]

Pursuant to Nebraska Civil Rule 7.1(j), "[t]o curtail undue delay in the administration of justice, this court only considers a discovery motion in which the moving party, in the written motion, shows that after personal consultation with opposing parties and sincere attempts to resolve differences, the parties cannot reach an accord." NECivR 7.1(j). Neither Plaintiffs' motion, any accompanying evidence, nor even their supporting brief state that the current dispute was discussed in good faith with defense counsel before the motion was filed.

---

[1] The court recognizes that Plaintiffs' counsel has limited experience in this court, which can sometimes explain a party's failure to comply with the Nebraska Civil Rules. But throughout the extensive motion practice in this case, the court has repeatedly reminded Plaintiffs' counsel of this court's local rules. See (Filing No. 167, at CM/ECF p. 3; Filing No. 180, at CM/ECF pp. 2-3). At some point, failure to review and comply with those rules is no longer due to inexperience, but rather defiance. Plaintiffs' counsel has reached that point.

Accordingly,

IT IS ORDERED that Plaintiffs' motion, (Filing No. 201),  is denied.

Dated this 10th day of September, 2021.

                                        BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge