IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES E. BACHMAN, ADELLA A. BACHMAN, ERIC J. BACHMAN, RACHEL A. BACHMAN, MATTHEW R. BACHMAN, and C. ANDREW BACHMAN, | **8:19CV276** |
| Plaintiffs, | **AMENDED**<br>**FINDINGS AND RECOMMENDATION** |
| vs. | |
| JOHN Q. BACHMAN, and LEAF SUPREME PRODUCTS, LLC, A Nebraska Limited Liability Co.; | |
| Defendants. | |

Plaintiffs have failed to timely file their notice confirming they will attend their court-supervised depositions scheduled for December 6 and December 10, 2021. See Filing No. 228. For the reasons stated in that order, and consistent with its ruling,

IT IS RECOMMENDED to the Honorable Brian C. Buescher, United States District Judge, pursuant to 28 U.S.C. § 636(b), that Plaintiffs claims be dismissed with prejudice without further notice.

The parties are notified that failing to file an objection to this recommendation by no later than November 29, 2021 will be held to be a waiver of any right to appeal the court's adoption of the recommendation.

November 23, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge