IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES E. BACHMAN, ADELLA A. BACHMAN, ERIC J. BACHMAN, RACHEL A. BACHMAN, MATTHEW R. BACHMAN, and C. Andrew Bachman,<br><br>Plaintiffs,<br><br>v.<br><br>LEAF SUPREME PRODUCTS, LLC AND JOHN Q. BACHMAN,<br><br>Defendants.<br><br>LEAF SUPREME PRODUCTS, LLC, and JOHN Q. BACHMAN,<br><br>Counter-Plaintiffs,<br><br>v.<br><br>JAMES E. BACHMAN, ADELLA A. BACHMAN, and ERIC J. BACHMAN,<br><br>Counter-Defendants. | CASE NO. 8:19-CV-00276<br><br><br>SUPPLEMENT TO DECLARATION OF RAYMOND R. ARANZA IN SUPPORT OF OBJECTION TO MOTION FOR NEW TRIAL |

Comes now, the undersigned, and hereby supplements his declaration in response to Plaintiffs' Motion for New Trial to provide additional information for this Court.

1. At paragraph 4 of my Declaration attached to the Brief in Opposition to Plaintiffs' Motion for New Trial, Doc. 256, the undersigned informed the Court that the firm received two checks from James Bachman, which, we assumed, were to pay for the first assessment of fees against Plaintiff, and to pay approximately one half of the second assessment.

2. Both checks were returned to this firm. The checks were not honored. A copy of the two returned checks are attached hereto, marked Ex. A.

Further, the undersigned sayeth not.

_____
Raymond R. Aranza

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

4886-7982-8745, v. 1

**Check 1 (00001002):**

UN LOCATE ACCT

*061000146*
01/05/2022
8741230989

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.
RETURN REASON - E
UNABLE TO
LOCATE ACCT

James E. Bachman
663 North 132nd Avenue
Omaha, NE, 68154

CENTRIS FEDERAL CREDIT UNION          00001002

3183.0000

DATE Dec 30, 2021

PAY TO THE ORDER OF: Walentine, O'Toole, McQuillan & Gordon          $ **5,390.75

Five Thousand Three Hundred Ninety and 75/100***** DOLLARS

Walentine, O'Toole, McQuillan & Gordon
11240 Davenport Street
Omaha, NE 68154
MEMO 8:19-CV-00276-BCB-CRZ

Void After 90 Days

AUTHORIZED SIGNATURE

⑈0000 1002⑈ ⑉304082876⑉ 1400491⑈400 1⑈          ⑈0000539075⑈

---

**Check 2 (00001001):**

UN LOCATE ACCT

*061000146*
01/05/2022
8741230988

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.
RETURN REASON - E
UNABLE TO
LOCATE ACCT

James E. Bachman
663 North 132nd Avenue
Omaha, NE, 68154

CENTRIS FEDERAL CREDIT UNION          00001001

3183.0000

DATE Dec 30, 2021

PAY TO THE ORDER OF: Walentine, O'Toole, McQuillan & Gordon          $ **2,436.00

Two Thousand Four Hundred Thirty Six and 00/100***** DOLLARS

Walentine, O'Toole, McQuillan & Gordon
11240 Davenport Street
Omaha, NE 68154
MEMO 8:19-CV-00276-BCB-CRZ

Void After 90 Days

AUTHORIZED SIGNATURE

⑈0000 1001⑈ ⑉304082876⑉ 1400491⑈400 1⑈          ⑈0000243600⑈

---

EXHIBIT A