IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES E. BACHMAN, ADELLA A. BACHMAN, ERIC J. BACHMAN, RACHEL A. BACHMAN, MATTHEW R. BACHMAN, and C. ANDREW BACHMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN Q. BACHMAN, and LEAF SUPREME PRODUCTS, LLC, A Nebraska Limited Liability Co.;<br><br>Defendants. | 8:19CV276<br><br>**ORDER TO SHOW CAUSE** |

On January 11, 2022, defense counsel notified the court that checks written and signed by Plaintiff's counsel for payment of sanctions in this case were not honored; the Centris Federal Credit Union stating it was unable to locate the account from which the checks were to be drawn. (Filing No. 227). Plaintiff's counsel has not provided the court with any explanation for tendering bad checks in payment of court-ordered sanctions, and to the court's knowledge, the checks were not either honored later or replaced by a valid form of payment.

Accordingly,

IT IS ORDERED that Plaintiffs are given until February 7, 2022 to show cause why they should not be held in contempt. The failure to timely comply with this order may result certification of facts for initiation of contempt proceedings before the district judge.

Dated this 24th day of January, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge