IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES E. BACHMAN, ADELLA A. BACHMAN, ERIC J. BACHMAN, RACHEL A. BACHMAN, MATTHEW R. BACHMAN, and C. ANDREW BACHMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN Q. BACHMAN, and LEAF SUPREME PRODUCTS, LLC, A Nebraska Limited Liability Co.;<br><br>Defendants. | 8:19CV276<br><br>ORDER |

The court previously determined that Defendants are entitled to reimbursement by James Bachman of Defendants' attorney's fees and expenses related to Filing Nos. 129, 174, 179, 189, 233, 234, 256, 257, and 262. (See Filing No. 264 at CM/ECF p. 23). The parties have filed a joint stipulation for entry of an order awarding costs and fees in the amount of $14,761.00. The stipulation is supported by an itemized statement of fees prepared by defense counsel. (Filing No. 268 at CM/ECF pp. 2-3).

IT IS ORDERED that the joint Stipulation on Fees is approved. (Filing No. 268). Within thirty (30) calendar days of the date of this order, James Bachman shall remit $14,761.00 to defense counsel in satisfaction of the sanctions awarded.

Dated this 26th day of April, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge