IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES E. BACHMAN, ADELLA A. BACHMAN, ERIC J. BACHMAN, RACHEL A. BACHMAN, MATTHEW R. BACHMAN, and C. ANDREW BACHMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN Q. BACHMAN, and LEAF SUPREME PRODUCTS, LLC, A Nebraska Limited Liability Co.;<br><br>Defendants. | 8:19-CV-276<br><br><br>**MEMORANDUM AND ORDER** |

    Plaintiffs have filed an Objection to the Magistrate Judge's Order approving a joint stipulation on attorney's fees. Filing 273. This objection is overruled.

    Frankly, the Court was puzzled when it discovered that Plaintiffs were objecting to an order approving a *joint* stipulation on attorney's fees. After reading Plaintiffs' brief in support, however, it is clear that Plaintiffs are actually attacking the Magistrate Judge's March 23, 2022, Order, Filing 264, granting a motion for sanctions. *See* Filing 274. This Court's local rules provide that a party has 14 days to object to a Magistrate Judge's order. *See* NECivR 72.2(a). Plaintiffs have missed that deadline by over a month to object to the March 23, 2022, Order, so they have waived any objection to the granting of Defendants' motion for sanctions. *See Reasonover v. St. Louis Cnty.,*

1

*Mo.*, 447 F.3d 569, 579 (8th Cir. 2006) ("District courts have broad discretion to set filing deadlines and enforce local rules.").

Turning to the Magistrate Judge's Order approving the joint stipulation on attorney's fees that Plaintiffs' objection pretends to address, the Court finds that the Order is not clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a); 28 U.S.C. § 636(b)(1)(A). Accordingly,

IT IS ORDERED:

1. Plaintiffs' Objection to Magistrate Judge's Order, Filing 273, is overruled.

Dated this 12th day of May, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge